1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY PRIETO,

          Petitioner,

  v.

R. GROUNDS, Warden,

          Respondent.

_____/

No. C 10-04074 SBA (PR)

**ORDER GRANTING RESPONDENT'S**
**MOTION TO WITHDRAW ANSWER**

(Docket no. 8)

      Before the Court is Respondent's motion to withdraw his Answer filed on March 29, 2011. Respondent claims that he was not served with the Court's February 11, 2011 Order denying the petition for a writ of habeas corpus because he had not yet appeared in the case when that Order was issued. Thus, the February 11, 2011 Order makes Respondent's Answer unnecessary, and Respondent therefore moves to withdraw it.

      Because this case is closed pursuant to the Court's February 11, 2011 Order denying the petition, the Court GRANTS Respondent's motion to withdraw his answer (docket no. 8).

      This Order terminates Docket no. 8.

      IT IS SO ORDERED.

DATED:   11/16/11

                                _Saundra B Armstrong_
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge

UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California

1  FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  JEFFREY PRIETO,

                    Case Number: CV10-04074 SBA

5            Plaintiff,

                    **CERTIFICATE OF SERVICE**

6      v.

7  R GROUNDS et al,

8            Defendant.

9  _____/

10

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

12  That on November 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
13  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
14  located in the Clerk's office.

15

16

17  Jeffrey  Prieto E-03367
18  Correctional Trainin Facility - East Dormitory
    P.O. Box 689
19  Soledad,  CA 93960-0689

20

21  Dated: November 18, 2011

                    Richard W. Wieking, Clerk
22                  By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28