IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PRIETO,<br><br>   Petitioner,<br><br>v.<br><br>R. GROUNDS, Warden,<br><br>   Respondent._____/ | No. C 10-04074 SBA (PR)<br><br>**ORDER GRANTING RESPONDENT'S**<br>**MOTION TO WITHDRAW ANSWER**<br><br>(Docket no. 8) |

   Before the Court is Respondent's motion to withdraw his Answer filed on March 29, 2011. Respondent claims that he was not served with the Court's February 11, 2011 Order denying the petition for a writ of habeas corpus because he had not yet appeared in the case when that Order was issued. Thus, the February 11, 2011 Order makes Respondent's Answer unnecessary, and Respondent therefore moves to withdraw it.

   Because this case is closed pursuant to the Court's February 11, 2011 Order denying the petition, the Court GRANTS Respondent's motion to withdraw his answer (docket no. 8).

   This Order terminates Docket no. 8.

   IT IS SO ORDERED.

DATED:   11/16/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

G:\PRO-SE\SBA\HC.10\Prieto4074.grantWITHDRAWanswer.wpd

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY PRIETO,

       Plaintiff,

  v.

R GROUNDS et al,

       Defendant.
_____/

Case Number: CV10-04074 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Prieto E-03367
Correctional Trainin Facility - East Dormitory
P.O. Box 689
Soledad, CA 93960-0689

Dated: November 18, 2011

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk